IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02872-BNB-KMT

JOSEPH H. ZBEGNER,

Plaintiff,

v.

ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa corporation,

Defendant.

---

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

---

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed.R.Civ.P.72(a) and (b), United
States Magistrate Judge Kathleen M. Tafoya is designated to conduct proceedings in this civil
action as follows:

( )     Convene a Scheduling Conference under Fed.R.Civ.P.16(b) and enter a
        Scheduling Order meeting the requirements of D.C.COLO.LR.29.1;

( )     Conduct such status conferences and issue such orders necessary for compliance
        with the Scheduling Order, including amendments or modifications of the
        Scheduling Order upon a showing of good cause;

(X)     Convene such settlement conferences and direct related procedures as may
        facilitate resolution of this case.

( )     Hear and determine pretrial matters, including discovery and other
        non-dispositive motions.

( )     Conduct hearings, including evidentiary hearings, and submit proposed findings

of fact and recommendations for rulings on dispositive motions.

( )      Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

Dated July 1, 2010.

BY THE COURT:

 s/ Boyd N. Boland                 
United States Magistrate Judge