IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02872-BNB-KMT

JOSEPH H. ZBEGNER,

Plaintiff,

v.

ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa corporation,

Defendant.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Motion to Withdraw by Richard A. Orona, #35299, as Counsel of Record for Defendant Allied Property and Casualty Insurance Company** [docket no. 39, filed July 2, 2010] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and attorney Richard A. Orona is withdrawn from the representation of defendant and is to be removed from the electronic service.


DATED: July 2, 2010